UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY BROSSARD,<br><br>                    Plaintiff,<br><br>        v.<br><br>HAMPTON INNS LLC et al.,<br><br>                    Defendants. | CASE NO. 2:23-cv-00418-LK<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

This matter comes before the Court on the parties' Stipulated Motion to Strike Notice of Removal and/or Remand. Dkt. No. 6. Plaintiff Mary Brossard, a Washington citizen, initiated a personal injury action in King County Superior Court on or about February 10, 2023, and served Defendants Hampton Inns LLC and Hilton Hotels Management Inc. on February 17, 2023. Dkt. No. 1 at 2–3. On March 20, 2023, Defendants removed the case to federal court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332. *Id.* at 3. On March 15, 2023, however, Plaintiff filed an amended complaint in the state court action, adding Airport Investment Company, Inc. as a defendant. Dkt. No. 6 at 2. According to Defendants, "upon information and belief," Airport Investment is "a Washington corporation with a principal place of business in SeaTac,

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

Washington." *Id.*; *see* Dkt. No. 6-1 at 3. Defendants learned of Plaintiff's amended pleading after they had removed the action. Dkt. No. 6 at 2–3. Because complete diversity no longer exists, the parties now jointly move for remand. *Id.* at 3; *see* 28 U.S.C. § 1447(c).

The Court GRANTS the parties' motion to remand, Dkt. No. 6, and ORDERS that:

1. Pursuant to 28 U.S.C. § 1447(c), this case is REMANDED to the Superior Court for King County in the State of Washington;

2. The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Court for the Superior Court for King County;

3. The Clerk of the Court shall also transmit the record herein to the Clerk of the Court for the Superior Court for King County; and

4. The Clerk of the Court shall CLOSE this case.

Dated this 29th day of March, 2023.

Lauren King
United States District Judge